# In the United States Court of Federal Claims

No. 20-413C
(E-Filed: February 22, 2021)

|  |  |
|---|---|
| CLARKE HEALTH CARE PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL

On February 19, 2021, defendant filed a notice of corrective action in this case. See ECF No. 61. Therein, defendant states that:

> the United States Department of Veterans Affairs (VA) has decided to take corrective action by rescinding its decision to cancel the Group 3 portion of Solicitation No. 36C10G18R0123, and reinstating its decision to award a contract to plaintiff, Clarke Health Care Products, Inc., under the Group 3 portion of Solicitation No. 36C10G18R0123. Accordingly, this case is now moot.

Id. at 1.

On February 22, 2021, defendant filed a joint stipulation of dismissal with prejudice. See ECF No. 63. As the agency corrective action has rendered this case moot, pursuant to Rule 58 of the Rules of the United States Court of Federal Claims (RCFC), the clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's complaint, **with prejudice**.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge